THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| NETSTREAMS, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY G. GARRETT and SMART ELECTRONICS, a sole proprietorship, <br><br> Defendants | Case No. C08-0709 MJP <br><br> **STIPULATED SETTLEMENT ORDER FOR FINAL RESOLUTION OF THIS MATTER** |

Counsel for Plaintiff, NetStreams, L.L.C. ("Plaintiff") and Counsel for Defendants, Jeffery G. Garrett and Garrett Smart Electronics ("Defendants") (collectively the "Parties") hereby agree that a quick and efficient settlement is in their mutual interest and having entered into a confidential Settlement Agreement therefore stipulate as follows:

1. As final judgment in this matter, Defendants, their affiliates, subsidiaries, representatives, successors in interest, spouse, and assigns are hereby permanently enjoined from selling, offering for sale, or holding themselves out as offering for sale any product bearing any NetStreams™ mark.

2. Each party shall bear their own costs in this action.

STIPULATED SETTLEMENT ORDER
CASE NO. C08-0709 MJP
Netsreams Stipulated Settlement Order.doc

1

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

3. This Court shall retain jurisdiction to enforce the Settlement Agreement and the permanent injunction.

IT IS SO ORDERED.

Dated: October 21, 2008        /s Marsha J.Pechman
THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT COURT JUDGE

Presented By:

s/ Britton F. Davis
Britton F. Davis, WSBA #39523
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: bdavis@wsgr.com

Nicole W. Stafford (admitted *pro hac vice*)
Michele K. Connors (admitted *pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78746
Telephone: (512) 338-5400
Facsimile: (512) 338-5499
Email: nstafford@wsgr.com
        mconnors@wsgr.com

Attorneys for Plaintiff,
NETSTREAMS, L.L.C.

s/ Michael David Myers
Michael David Myers, WSBA#22486
Ryan C. Nute, WSBA#32530
**MYERS & COMPANY, P.L.L.C.**
1809 Seventh Avenue, Suite 700
Seattle, WA 98101
Telephone: (206) 398-1188
Facsimile: (206) 398-1189
Email: mmyers@myers-company.com
        rnute@myers-company.com

Attorneys for Defendants,
JEFFREY G. GARRETT and SMART
ELECTRONICS, a sole proprietorship

STIPULATED SETTLEMENT ORDER
CASE NO. C08-0709 MJP
Netsreams Stipulated Settlement Order.doc

2

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

# CERTIFICATE OF SERVICE

1. I hereby certify that on October 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| **Michele K Connors**<br>mconnors@wsgr.com | **Michael David Myers**<br>mmyers@myers-company.com |
| **Britton F Davis**<br>bdavis@wsgr.com | **Nicole W Stafford**<br>nstafford@wsgr.com |

Dated: October 21, 2008

                                           s/ Britton F. Davis, WSBA #39523
                                           Britton F. Davis, WSBA #39523

STIPULATED SETTLEMENT ORDER
CASE NO. C08-0709 MJP
Netsreams Stipulated Settlement Order.doc

3

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699